

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00059-CV
_____

IN THE ESTATE OF CAROL LYNN GRAY, DECEASED

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. P-18329

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     January 17, 2023
Date Decided:       January 18, 2023